IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENERAL MOTORS LLC,
GENERAL MOTORS COMPANY,

      Plaintiffs,                  Case No. 2:22-mc-50034

v.                                   Hon. _____

JOSEPH ASHTON,

      Defendant.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jeffrey K. Lamb of the law firm of Honigman LLP hereby enters his appearance as counsel on behalf of Plaintiffs in the above-referenced matter.

Dated: January 12, 2021          Respectfully submitted,

                                         **HONIGMAN LLP**

                                         By: /s/Jeffrey K. Lamb
                                         Jeffrey K. Lamb (P76738)
                                         2290 First National Building
                                         660 Woodward Avenue
                                         Detroit, MI 48226
                                         Telephone:  (313) 465-7404
                                         jlamb@honigman.com

                                         *Attorney for Plaintiffs General Motors LLC and General Motors Company*

42362334.1

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that, on January 12, 2021, I caused to be electronically filed a copy of the foregoing with the Clerk of the Court, which will send notification of such filing to all counsel of record.

    **HONIGMAN LLP**

    By: /s/Jeffrey K. Lamb
    Jeffrey K. Lamb (P76738)
    2290 First National Building
    660 Woodward Avenue
    Detroit, MI 48226
    Telephone: (313) 465-7404
    jlamb@honigman.com

42362334.1