**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GENERAL MOTORS LLC,
GENERAL MOTORS COMPANY,

Plaintiffs,

against

JOSEPH ASHTON,

Defendant.

Case No. 2:22-mc-50034-GCS-DRG

HONORABLE GEORGE CARAM STEEH

MAGISTRATE JUDGE DAVID R. GRAND

Related to *General Motors LLC v. Ashton*, Case No. 2:22-mc-50034 (E.D. Mich.)

Arising from *General Motors LLC et al. v. Ashton*, Case No. 1:20-cv-12659 (D.N.J.)

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| 1 | First Amended Complaint, *General Motors LLC, et al. v. Ashton*, 1:20-cv-12659-RBK-KMW (D.N.J.) |
| 2 | Second Amended Complaint, *General Motors LLC, et al. v. Alphons Iacobelli, et al.*, Case No. 20-011998-CB (Wayne Cnty. Cir. Ct.) |
| 3 | Declaration of Peter DeLorenzo |
| 4 | 12/31/21 Iacobelli Amended Responses and Objections to Subpoena |
| 5 | 2/16/22 C. McGushin Ltr. to M. Nedelman |
| 6 | 2/1/22 C. McGushin Ltr. to M. Nedelman |
| 7 | 2/9/22 M. Nedelman Ltr. to C. McGushin |
| 8 | 2/20/22 M. Nedelman Ltr. to C. McGushin |
| 9 | 2/16/22 -2/18/22 Emails Btw. M. Nedelman and J. Willian |