# Exhibit 9

**From:** Willian, Jeffrey L. <jwillian@kirkland.com>
**Sent:** Friday, February 18, 2022 9:00 AM
**To:** Michael Nedelman; Casey McGushin
**Cc:** Hariklia Karis; Stacey Pagonis
**Subject:** RE: Iacobelli/ GM v Ashton

Michael - thank you for your response. Your suggested March 8 date for an inspection (you have not committed to an inspection of all documents that we identified and would appreciate that confirmation at the very least) is too delayed given the quick pace of the Ashton matter. We are happy to work with you to accomplish a review on an earlier date including having you ship the documents to FL and we will meet you there.

We also note there are many critical time sensitive issues that we must bring to a head (as clearly laid out in Casey's letter) no later than the first of next week so that we can file an appropriate motion on any issues that we are not able to resolve. We feel the meet and confer process has been extensive, must come to an end early next week and we certainly appreciate your efforts in this regard.

Thank you for your anticipated cooperation and happy to discuss alternative logistics that would ease your scheduling burden. Thank you.

Jeffrey L. Willian, P.C.
-----------------------------------------------------
KIRKLAND & ELLIS LLP
601 Lexington Avenue, New York, NY 10022
T +1 212 446 4744 M +1 312 848 6433
F +1 212 446 4900
300 North LaSalle, Chicago, IL 60654
T +1 312 862 2257
F +1 312 862 2200
-----------------------------------------------------
jwillian@kirkland.com

**From:** Michael Nedelman <mnedelman@nglegal.com>
**Sent:** Thursday, February 17, 2022 10:23 AM
**To:** Willian, Jeffrey L. <jwillian@kirkland.com>; McGushin, Casey <casey.mcgushin@kirkland.com>
**Cc:** Karis, Hariklia <hkaris@kirkland.com>; Pagonis, Stacey G. <stacey.pagonis@kirkland.com>
**Subject:** Iacobelli/ GM v Ashton

> This message is from an EXTERNAL SENDER - be cautious, particularly with links and attachments.

I have had an opportunity this morning (during a break in a hearing) to briefly review Casey's letter of yesterday. While I will endeavor to respond as promptly as possible, it is unlikely that I will be able to meet the requested "48 hour" deadline.

With respect to the requested in-person inspection next week, that is not feasible for a variety of reasons, most important of which is that the documents are in Detroit (Farmington Hills), and I am in Florida; and I have depositions, hearings and/or other commitments (including travel) each day thereafter through March 7, all of which will prevent me from returning to Detroit for any inspection prior to that date. It is possible that I could arrange to return to Detroit for an inspection on March 8, 2022, provided that other scheduled matters could be moved. If that date is convenient for you, I will try to rearrange my schedule to accommodate that date. Please advise.

Michael A. Nedelman
Nedelman Legal Group PLLC

28580 Orchard Lake Rd. , Suite 140
Farmington Hills, MI 48334

32 SE 2nd Avenue, Ste. 636
Delray Beach, FL 33444

Phone: 248.855.8888 x117
Direct: 248.538.4543
Florida Main: 561.278.8855
Mobile: 248.561.4662
email: mnedelman@nglegal.com

This transmission may be protected from involuntary disclosure pursuant to the attorney client privilege and/or attorney work product doctrine. Any unauthorized disclosure and/or dissemination is expressly prohibited. The contact information set forth above is not intended and shall not be construed or asserted to be a signature or that the sender has subscribed to the content of the transmission.

---

**From:** Willian, Jeffrey L. <jwillian@kirkland.com>
**Sent:** Wednesday, February 16, 2022 5:24 PM
**To:** McGushin, Casey <casey.mcgushin@kirkland.com>
**Cc:** Michael Nedelman <mnedelman@nglegal.com>; Karis, Hariklia <hkaris@kirkland.com>; Pagonis, Stacey G. <stacey.pagonis@kirkland.com>
**Subject:** Re: GM v Ashton

Michael - can we plan to meet in Detroit next week - perhaps Tuesday or Wednesday - to review originals as requested and finalize our differences?

On Feb 16, 2022, at 11:30 AM, McGushin, Casey <casey.mcgushin@kirkland.com> wrote:

Michael,

Please see the attached letter regarding GM's subpoena to Mr. Iacobelli. Thanks.

**Casey McGushin**

KIRKLAND & ELLIS LLP

300 North LaSalle, Chicago, IL 60654
**T** +1 312 862 3397 **M** +1 262 573 3699
**F** +1 312 862 2200

casey.mcgushin@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.