**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GENERAL MOTORS LLC,
GENERAL MOTORS COMPANY,

Plaintiffs,

**against**

JOSEPH ASHTON,

Defendant.

Case No. 2:22-mc-50034-GCS-DRG

HONORABLE GEORGE CARAM STEEH
MAGISTRATE JUDGE DAVID R. GRAND

Related to *General Motors LLC v Ashton*, Case No. 2:22-mc-50034 (ED Mich)

Arising from *General Motors LLC, et al. v Ashton*, Case No. 1:20-cv-12659 (DNJ)

## INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | 6/21/2022 Judge Popke (ret.) Hearing Transcript |
| 2 | *United States v. Iacobelli*, Case No. 17-cr-20406 (E.D. Mich.), ECF No. 58, Iacobelli Rule 11 Plea Agreement |
| 3 | Case No. 17-cr-20406, ECF No. 132, Sentencing Memorandum of the U.S. |
| 4 | Case No. 17-cr-20406, ECF No. 4, First Superseding Indictment |
| 5 | *GM v. Iacobelli, et al.*, Case No. 20-011998-CB (Wayne Cty Cir Ct), 5/20/2022 Brief of Iacobelli in Opposition to Plaintiffs' Motion to Compel Interrogatory Answers |
| 6 | 12/31/2021 Letter from Michael Nedelman |
| 7 | 4/28/2022 Hearing Transcript |
| 8 | 6/21/2022 Email from Michael Nedelman |
| 9 | 6/21/2022 Letter from Jeffrey Willian |
| 10 | ECF No. 17-3, Affidavit of Peter DeLorenzo |

| EXHIBIT | DESCRIPTION |
|---|---|
| 11 | ECF No. 17-3, Second Amended Complaint |
| 12 | Alphons Iacobelli LinkedIn Profile |
| 13 | 6/21/2022 Subpoena to Butzel Long |
| 14 | Proposed Search Terms |
| 15 | 7/7/2022 Letter from Donald Miller |