# EXHIBIT 8

**From:** Michael Nedelman
**To:** Willian, Jeffrey L.
**Cc:** Karis, Hariklia; Pagonis, Stacey G.; Lamb, Jeffrey K.; Wenner, Adam M.
**Subject:** RE: Iacobelli/ GM v Ashton - Susanne Iacobelli"s deposition
**Date:** Tuesday, June 21, 2022 9:49:34 AM

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Send what you want (although I don't believe there are any deficiencies). As I have indicated, my attention will be focused on my daughter's wedding, I will not address any concerns you may have before mid-next week.

Michael A. Nedelman
Nedelman Legal Group PLLC

28580 Orchard Lake Rd. , Suite 140
Farmington Hills, MI 48334

32 SE 2nd Avenue, Ste. 636
Delray Beach, FL 33444

Phone: 248.855.8888 x117
Direct: 248.538.4543
Florida Main: 561.278.8855
Mobile: 248.561.4662
email: mnedelman@nglegal.com

This transmission may be protected from involuntary disclosure pursuant to the attorney client privilege and/or attorney work product doctrine. Any unauthorized disclosure and/or dissemination is expressly prohibited. The contact information set forth above is not intended and shall not be construed or asserted to be a signature or that the sender has subscribed to the content of the transmission.

**Wenner, Adam M.**

**From:** Michael Nedelman <mnedelman@nglegal.com>
**Sent:** Monday, June 6, 2022 11:34 AM
**To:** Jeff Willian
**Cc:** Hariklia Karis; Stacey Pagonis; Lamb, Jeffrey K.; Wenner, Adam M.; Casey McGushin
**Subject:** Iacobelli/ GM v Ashton - Production by Alphons Iacobelli (Bates 1108-1765)

**[EXTERNAL EMAIL]**

Jeffrey-

While I generally enjoy fiction as much as the next person, I tire of GMs' speculation masquerading as fact. On what factual basis do you believe that you can in good faith assert that there "appears to be a likely spoliation issue, a failure to engage in an appropriate search for and production of documents -- or both?" What specific documents do you believe are "missing?"

[redacted]

To clear up any misunderstanding you may have, and as I have previously advised you, no documents were withheld on the basis of a 5th Amendment privilege.

Thank you.

Michael A. Nedelman
Nedelman Legal Group PLLC

28580 Orchard Lake Rd., Suite 140
Farmington Hills, MI 48334

32 SE 2nd Ave, Suite 636
Delray Beach, FL 33444

Direct : 248.538.4543
Michigan Office: 248.855.8888 x117
Florida Main: 561.278.8855
Mobile: 248.561.4662
email: mnedelman@nglegal.com

This transmission may be protected from involuntary disclosure pursuant to the attorney client privilege and/or attorney work product doctrine. Any unauthorized disclosure and/or dissemination is expressly prohibited. The contact information set forth above is not intended and shall not be construed or asserted to be a signature or that the sender has subscribed to the content of the transmission.

---

**From:** Willian, Jeffrey L. <jwillian@kirkland.com>
**Sent:** Monday, June 6, 2022 10:58 AM

**To:** Michael Nedelman <mnedelman@nglegal.com>
**Cc:** Karis, Hariklia <hkaris@kirkland.com>; Pagonis, Stacey G. <stacey.pagonis@kirkland.com>; Lamb, Jeffrey K. <JLamb@honigman.com>; Wenner, Adam M. <AWenner@honigman.com>; McGushin, Casey <casey.mcgushin@kirkland.com>
**Subject:** RE: Iacobelli/ GM v Ashton - Production by Alphons Iacobelli (Bates 1108-1765)

Michael -
1. We note that there are likely many missing documents in response to the subpoena on Mr. and Mrs. Iacobelli. We also note your refusal to commit whether they have produced all responsive documents including whether any documents are being withheld on the basis of the 5th. We will take necessary steps to pursue what appears to be a likely spoliation issue, a failure to engage in an appropriate search for and production of documents -- or both. While you repeatedly refuse to communicate on the parameters of any search for responsive documents -- which was inappropriately and oddly delegated to Mr. Iacobelli alone prior to the last court court -- we will pursue these issues until we get satisfactory answers.

[redacted]

Thank you.

Jeffrey L. Willian, P.C.
-----------------------------------------------------
KIRKLAND & ELLIS LLP
601 Lexington Avenue, New York, NY 10022
T +1 212 446 4744 M +1 312 848 6433
F +1 212 446 4900
300 North LaSalle, Chicago, IL 60654
T +1 312 862 2257
F +1 312 862 2200
-----------------------------------------------------
jwillian@kirkland.com

---

**From:** Michael Nedelman <mnedelman@nglegal.com>
**Sent:** Monday, June 6, 2022 9:41 AM
**To:** Willian, Jeffrey L. <jwillian@kirkland.com>
**Cc:** Karis, Hariklia <hkaris@kirkland.com>; Pagonis, Stacey G. <stacey.pagonis@kirkland.com>; Lamb, Jeffrey K. <JLamb@honigman.com>; Wenner, Adam M. <AWenner@honigman.com>; McGushin, Casey <casey.mcgushin@kirkland.com>
**Subject:** Iacobelli/ GM v Ashton - Production by Alphons Iacobelli (Bates 1108-1765)

Jeffrey-

Having not received so much as the courtesy of a “no” to the attached, my time was necessarily spent on matters other than responding to your email requesting confirmation of matters that, to my knowledge, I have no obligation under any Court Order or applicable rule to provide. If you have any reason to believe that either of my clients have not complied with their respective obligations, please advise and I will endeavor to address any specific concerns you may have.

[redacted]

I will get back to you as soon as practicable.

Michael A. Nedelman
Nedelman Legal Group PLLC

28580 Orchard Lake Rd., Suite 140
Farmington Hills, MI 48334

32 SE 2nd Ave, Suite 636
Delray Beach, FL 33444

Direct : 248.538.4543
Michigan Office: 248.855.8888 x117
Florida Main: 561.278.8855
Mobile: 248.561.4662
email: mnedelman@nglegal.com

This transmission may be protected from involuntary disclosure pursuant to the attorney client privilege and/or attorney work product doctrine. Any unauthorized disclosure and/or dissemination is expressly prohibited. The contact information set forth above is not intended and shall not be construed or asserted to be a signature or that the sender has subscribed to the content of the transmission.

---

**From:** Willian, Jeffrey L. <jwillian@kirkland.com>
**Sent:** Monday, June 6, 2022 8:44 AM
**To:** Michael Nedelman <mnedelman@nglegal.com>
**Cc:** Karis, Hariklia <hkaris@kirkland.com>; Pagonis, Stacey G. <stacey.pagonis@kirkland.com>; Lamb, Jeffrey K. <JLamb@honigman.com>; Wenner, Adam M. <AWenner@honigman.com>; McGushin, Casey <casey.mcgushin@kirkland.com>
**Subject:** RE: Iacobelli/ GM v Ashton - Production by Alphons Iacobelli (Bates 1108-1765)

Michael - as requested twice below, please reply today on whether Mr. and Mrs. Iacobelli have fully produced all responsive documents in the Ashton matter (after a fulsome search for such documents involving yourself in the search process).

[redacted]

Jeffrey L. Willian, P.C.
-----------------------------------------------------
KIRKLAND & ELLIS LLP

601 Lexington Avenue, New York, NY 10022
T +1 212 446 4744 M +1 312 848 6433
F +1 212 446 4900
300 North LaSalle, Chicago, IL 60654
T +1 312 862 2257
F +1 312 862 2200
-----------------------------------------------------
jwillian@kirkland.com

---

**From:** Willian, Jeffrey L. <jwillian@kirkland.com>
**Sent:** Thursday, June 2, 2022 1:33 PM
**To:** Michael Nedelman <mnedelman@nglegal.com>
**Cc:** Karis, Hariklia <hkaris@kirkland.com>; Pagonis, Stacey G. <stacey.pagonis@kirkland.com>; Lamb, Jeffrey K. <JLamb@honigman.com>; Wenner, Adam M. <AWenner@honigman.com>; McGushin, Casey <casey.mcgushin@kirkland.com>
**Subject:** Re: Iacobelli/ GM v Ashton - Production by Alphons Iacobelli (Bates 1108-1765)

Michael - we would appreciate a response. Thanks.

On Jun 1, 2022, at 9:36 AM, Willian, Jeffrey L. <jwillian@kirkland.com> wrote:

Michael - please advise whether Mr. Iacobelli has fully complied with the Court's production order and the subpoena in the Ashton matter - and if not why not and when we can expect full compliance. Thank you.

Jeffrey L. Willian, P.C.
-----------------------------------------------------
KIRKLAND & ELLIS LLP
601 Lexington Avenue, New York, NY 10022
T +1 212 446 4744 M +1 312 848 6433
F +1 212 446 4900
300 North LaSalle, Chicago, IL 60654
T +1 312 862 2257
F +1 312 862 2200
-----------------------------------------------------
jwillian@kirkland.com

---

**From:** Michael Nedelman <mnedelman@nglegal.com>
**Sent:** Thursday, May 26, 2022 9:19 AM
**To:** Willian, Jeffrey L. <jwillian@kirkland.com>; Karis, Hariklia <hkaris@kirkland.com>; Kusmin, Ben <bkusmin@windelsmarx.com>
**Subject:** Iacobelli/ GM v Ashton - Production by Alphons Iacobelli (Bates 1108-1765)

I have set forth below a link to additional production by Mr. Iacobelli in response to the subpoena *duces tecum*. The only redactions are to the account numbers; while the last four digits of each should be sufficient for you to issue subpoenas to the banks for any other statements you wish to obtain, I will upon request provide the entire account number for each account if necessary.

https://www.dropbox.com/scl/fo/xpmnjcnauwgh3465alolb/h?dl=0&rlkey=gp95hpaqb9suygjyzxb108qnd

Michael A. Nedelman
Nedelman Legal Group PLLC

28580 Orchard Lake Rd. , Suite 140
Farmington Hills, MI 48334

32 SE 2nd Avenue, Ste. 636
Delray Beach, FL 33444

Phone: 248.855.8888 x117
Direct: 248.538.4543
Florida Main: 561.278.8855
Mobile: 248.561.4662
email: mnedelman@nglegal.com

This transmission may be protected from involuntary disclosure pursuant to the attorney client privilege and/or attorney work product doctrine. Any unauthorized disclosure and/or dissemination is expressly prohibited. The contact information set forth above is not intended and shall not be construed or asserted to be a signature or that the sender has subscribed to the content of the transmission.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.