# EXHIBIT 13

HONIGMAN

Jeffrey K. Lamb
Office: 313.465.7404
jlamb@honigman.com

***Via Hand Delivery***

June 21, 2022

Justin G. Klimko
Butzel Long P.C.
150 West Jefferson Ave., Suite 100
Detroit, MI 48226

***Re: General Motors LLC et al. v. Alphons Iacobelli, et al., Case No. 20-011998-CB (Wayne County Circuit Court)***

***Subpoena for the Production of Documents***

Dear Mr. Klimko:

Enclosed please find a Subpoena for the production of documents related to the case listed above. The Subpoena may be satisfied by producing copies of the documents requested in Exhibit A by Tuesday, July 5, 2022 at 5:00 p.m. Please deliver the documents to my attention at Honigman LLP, 2290 First National Building, 660 Woodward Avenue, Detroit, MI 48226, or by email to jlamb@honigman.com. We will pay reasonable copying costs if necessary. If you have any questions regarding delivery of the documents, feel free to contact me.

Thank you for your attention to this matter. Please confirm receipt by contacting me at the telephone number or email address listed above.

Very truly yours,

HONIGMAN LLP

Jeffrey K. Lamb

44261769.1

Original - Return
1st copy - Witness
2nd copy - File
3rd copy - Extra

Approved, SCAO

| STATE OF MICHIGAN | SUBPOENA | CASE NO. |
|---|---|---|
| JUDICIAL DISTRICT<br>3rd JUDICIAL CIRCUIT<br>COUNTY PROBATE | Order to Appear and/or Produce | 20-011998-CB |

Court address 2 Woodward Ave., Detroit, MI 48226

Court telephone no. 313-224-0250

Police Report No. (if applicable):

| Plaintiff(s)/Petitioner(s) | v | Defendant(s)/Respondent(s) |
|---|---|---|
| ☐ People of the State of Michigan<br>☑ GENERAL MOTORS LLC, ET AL. | | ALPHONS IACOBELLI, ET AL. |
| ☑ Civil ☐ Criminal | | Charge |

☐ Probate In the matter of

In the Name of the People of the State of Michigan. TO:
Butzel Long P.C.

If you require special accommodations to use the court because of disabilities, please contact the court immediately to make arrangements.

**YOU ARE ORDERED TO:**

☐ 1. Appear personally at the time and place stated below: You may be required to appear from time to time and day to day until excused.

☐ The court address above ☐ Other:

| Day | Date | Time |
|---|---|---|
| | | |

☐ 2. Testify at trial / examination / hearing.

☑ 3. Produce/permit inspection or copying of the following items: See Exhibit A

☐ 4. Testify as to your assets, and bring with you the items listed in line 3 above.

☐ 5. Testify at deposition.

☐ 6. Abide by the attached prohibition against transferring or disposing of property. (MCL 600.6104(2), 600.6116, or 600.6119.)

☐ 7. Other:

☑ 8.

| Person requesting subpoena | | Telephone no. |
|---|---|---|
| Jeffrey K. Lamb | | 313-465-7404 |
| Address | | |
| Honigman LLP, 660 Woodward Ave., Suite 2290 | | |
| City | State | Zip |
| Detroit | MI | 48226 |

**NOTE:** If requesting a debtor's examination under MCL 600.6110, or an injunction under item 6. this subpoena must be issued by a judge. For a debtor examination, the affidavit of debtor examination on the other side of this form must also be completed. Debtor's assets can also be discovered through MCR 2.305 without the need for an affidavit of debtor examination or issuance of this subpoena by a judge.

SEAL OF THE MICHIGAN SUPREME COURT · LANSING · DISCITE JUSTITIAM MONITI

**FAILURE TO OBEY THE COMMANDS OF THE SUBPOENA OR TO APPEAR AT THE STATED TIME AND PLACE MAY SUBJECT YOU TO PENALTY FOR CONTEMPT OF COURT.**

| Date | Judge/Clerk/Attorney | Bar no. |
|---|---|---|
| 06/21/2022 | /s/ Jeffrey K. Lamb | P76738 |

Court use only
☐ Served ☐ Not served

**SUBPOENA**

Case No. 20-011998-CB

## PROOF OF SERVICE

**TO PROCESS SERVER:** You must make and file your return with the court clerk. If you are unable to complete service, you must return this original and all copies to the court clerk.

## CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

☐ **OFFICER CERTIFICATE**
I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party [MCR 2.104(A)(2)], and that: (notarization not required)

**OR**

☐ **AFFIDAVIT OF PROCESS SERVER**
Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required)

☐ I served a copy of the subpoena, together with Exhibit A ____________ (including any required fees) by
Attachment

☐ personal service ☐ registered or certified mail (copy of return receipt attached) on:

| Name(s) | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |

☐ I have personally attempted to serve the subpoena and required fees, if any, together with ____________
Attachment
on the following person(s) and have been unable to complete service.

| Name(s) | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |

| Service fee | Miles traveled | Fee | |
|---|---|---|---|
| $ | | $ | |
| **Incorrect address fee** | **Miles traveled** | **Fee** | **TOTAL FEE** |
| $ | | $ | $ |

____________________
Signature

____________________
Name (type or print)

____________________
Title

Subscribed and sworn to before me on ____________ , ____________ County, Michigan.
Date

My commission expires: ____________ Signature: ____________
Date Deputy court clerk/Notary public

Notary public, State of Michigan, County of ____________

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the subpoena and required fees, if any, together with ____________
Attachment

____________ on ____________
Day, date, time

____________ on behalf of ____________ .
Signature

## AFFIDAVIT FOR JUDGMENT DEBTOR EXAMINATION

I request that the court issue a subpoena that orders the party named on this form to be examined under oath before a judge concerning the money or property of:
for the following reasons:

____________________
Signature

Subscribed and sworn to before me on ____________ , ____________ County, Michigan.
Date

My commission expires: ____________ Signature: ____________
Date Deputy court clerk/Notary public

Notary public, State of Michigan, County of ____________

# EXHIBIT A

General Motors LLC and General Motors Company ("GM") through their undersigned counsel and pursuant to Michigan Court Rule 2.305 request that Butzel Long PC produce the documents listed below at the offices of counsel for Plaintiffs, 660 Woodward Ave, #2290, Detroit, MI 48226, within 14 days from the date these Requests are served.

## INSTRUCTIONS

1. You may produce an electronic copy of a document in lieu of producing the original. When so doing, the electronic copy should be legible and in the same format as the original, and you should preserve the original.

2. Documents attached to each other in their original form should not be separated when produced. Any attachments to electronic mail messages should be produced with, and linked to, the attaching email.

3. The singular form of a word means and includes the plural, and the plural form of a word means and includes the singular, whenever necessary, to bring within the scope of these Requests any and all documents that might otherwise be construed to be outside their scope.

4. These Requests are without prejudice to, or waiver of, GM's right to conduct further discovery.

5. Any document to which you claim privilege or exemption from discovery shall be identified by the document's title, date, author(s), recipient(s), general subject matter, the nature of the privilege asserted, and the factual and legal basis for asserting the privilege or exemption from discovery. If a document contains both privileged and non-privileged material, the non-privileged material should be disclosed to the fullest extent possible without thereby disclosing the privileged material.

6. These Requests are continuing. In the event any information, documents, or materials come to your attention or come into your possession, custody, or control after the filing of your responses hereto, which documents or materials are within the scope of any request herein, said additional documents or materials shall promptly be furnished to the undersigned attorneys for GM.

7. Unless otherwise set forth herein, the Requests are for the period commencing January 1, 2009 to the date of the responses to the Requests.

**DEFINITIONS**

1. "Communication" means any transmission or exchange of information between two or more persons, orally or in writing, and includes, without limitation, emails, journaling, any conversation or discussion, whether face-to-face or by means of any telephone, telecopies, electronic or other online media, including but not limited to text messages, messages sent through applications and other electronic means, and postings and messages on Internet social media such as Facebook, Twitter, or LinkedIn. Each request for Communications herein includes a request for all such Communications in your possession, custody, or control.

2. "Documents," as used herein, shall have its broadest possible meaning under the Michigan Court Rules and the case law interpreting the Rules. Documents shall also include all "electronically stored information" and "Communications" as defined herein. Documents shall also include all copies of each document if the copies contain any additional matter or are not identical copies of the originals, and each request for Documents includes a request for all such Documents in your possession, custody, or control.

3. "FCA" means FCA US LLC, Fiat Chrysler Automobiles, N.V., their predecessors, successors, and each of the employees, owners, shareholders, members, officers, consultants,

managers, directors, principals, agents, sub-agents, representatives, accountants, legal counsel, and other persons acting on their behalf.

4. "Government" means the United States Attorney for the Eastern District of Michigan and shall include the Department of Justice or any federal investigatory agency or body working with the Government.

5. "Action" means the matter captioned *United States v. Iacobelli, et al.,* Case No. 2:17-cr-20406 (E.D. Mich.) (Borman, J.)

6. "You" means Butzel Long PC and any of its members, associates, principals, agents, sub-agents, representatives, and other persons acting on its behalf, including, but not limited to, David F. MuMouchel, Damien P. DuMouchel, George Donnini, Laura Mazor, and any other individual who was involved in the firm's representation of Alphons Iacobelli

7. "Iacobelli" means Alphons Iacobelli and any of his associates, agents, sub-agents, representatives, and other persons acting on his behalf.

8. "Defendants" means FCA, Jerome Durden, Monica Morgan, Virdell King, Keith Mickens, Nancy A. Johnson, and Michael Brown.

9. "Rule 11 Plea Agreement" means the Rule 11 Plea Agreement between the United States and Alphons Iacobelli executed on or around December 15, 2017 in the matter captioned *United States v. Iacobelli*, Case No. 2:17-cr-20406 (ECF No. 110).

10. "Written Cooperation Agreement" means the "written cooperation agreement" between Iacobelli and the United States referenced on page 19 of the Rule 11 Plea Agreement. *See United States v. Iacobelli*, Case No. 2:17-cr-20406 (ECF No. 110, PageID.630).

11. "Discovery" means any information furnished by the Government in connection with the Action.

12. "UAW" refers to the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, including any and all of the current or former affiliates, subsidiaries, directors, officers, boards, employees, agents, members, and other persons acting on its behalf.

13. "NTC" means the UAW-Chrysler Skill Development and Training Program, including any and all of the current or former directors, officers, boards, employees, agents, advisors, and other persons acting on its behalf.

14. "Presentence Investigation Report" means the report referenced on page 11 of Iacobelli's Sentencing Memorandum. *See United States v. Iacobelli*, Case No. 2:17-cr-20406 (ECF No. 126, PageID.762).

**REQUESTS FOR PRODUCTION OF DOCUMENTS**

1. The Written Cooperation Agreement and any related drafts or Communications You or Iacobelli exchanged with the Government.

2. Any Documents referenced or incorporated in the Written Cooperation Agreement.

3. The Rule 11 Plea Agreement and any related drafts or Communications You or Iacobelli exchanged with the Government.

4. Any Documents referenced or incorporated in the Rule 11 Plea Agreement.

5. Any written proffer agreement between Iacobelli and the Government, including any related drafts or Communications You or Iacobelli exchanged with the Government.

6. The Presentence Investigation Report and any related drafts or Communications You or Iacobelli exchanged with the Government.

7. Any interview notes or reports You or Iacobelli received from the Government or any law enforcement agency related to Iacobelli or the Action, including, but not limited to, all forms FD-209 and FD-302.

8. Any Discovery or Documents You or Iacobelli sent to or received from the Government related to Iacobelli or the Action.

9. Communications between You or Iacobelli and the Government related to Iacobelli or the Action.

10. Any Documents You or Iacobelli sent to or received from the UAW related to Iacobelli or the Action.

11. Communications between You or Iacobelli and the UAW related to Iacobelli or the Action.

12. Any Documents You or Iacobelli sent to or received from the NTC related to Iacobelli or the Action.

13. Communications between You or Iacobelli and the NTC related to Iacobelli or the Action.