# EXHIBIT 14

| Search Terms |
|---|
| Altavilla |
| Ashton |
| backchannel* |
| bargain* |
| Barra |
| "Black Lake" |
| Bob W/2 King |
| brib* |
| "Business Advisory Group" OR BAG |
| cap |
| cash* |
| Casteel |
| Cayman* |
| CBA* |
| check* |
| Chrysler OR Fiat OR FCA OR Stellantis |
| Clegg |
| code* |
| Cooperat* W/5 Agree* |
| corporat* |
| corrupt* |
| credit |
| "Credit Suisse" |
| Cylinder |
| DBS |
| dece* |
| delet* |
| DeLorenzo OR Autoextremist |
| Department W/5 Justice |
| Deutsche W/5 Bank |
| (Diversifed or Diversified) W/2 Products |
| DOJ |
| Durden OR JAD |
| "Eastern District of Michigan" |
| Elkann |
| entry W/2 level |
| envelope* |
| eras* |
| exchang* |
| Exor |
| FBI |
| feds |
| Ferrari |
| financ* |
| foreign |
| formulary |

| |
|---|
| Fortuna |
| fraud* |
| Gary W/2 Jones |
| "General Motors" OR GM |
| Gettelfinger OR Gettlefinger |
| Gibson |
| GMS OR BIQ* |
| "Grand Jury" |
| grievance* |
| Grimes |
| hid* |
| Holiefield OR Holifield |
| identif* OR ID |
| interest* |
| invest* |
| Itau |
| Jewell OR Norwood |
| Keegan |
| Knoll |
| Lampert |
| "Leave the Light On" OR LTLOF |
| LGT |
| Liechtenstein |
| Lightbody |
| Lombard W/5 Odier |
| Luxembourg |
| Marchionne OR Sergio OR SM |
| Mason |
| memo* W/2 understanding |
| merg* |
| (Michael OR Mike) W/2 Brown |
| Mickens |
| Monica W/2 Morgan |
| Montblanc |
| mortgage* |
| MOU* |
| Nancy W/2 Johnson |
| negotiat* |
| NTC OR "training center" OR "training program" |
| offshore |
| operation |
| "Palm Springs" |
| partner* |
| passport* |
| password* OR pin |
| pattern |
| Pearson |

| |
|---|
| Pictet |
| Pietrzyk |
| pool |
| power |
| proffer |
| profit W/2 sharing |
| progression |
| proxy |
| Rae |
| ratif* |
| retain* |
| Robinson |
| SAP |
| search |
| Settles |
| Shagena OR Shagnea |
| Shinsei |
| "side letter" |
| Singapore |
| statement* |
| subpoena* |
| Switzerland OR Swiss |
| take W/2 over |
| temp* W/5 employ* |
| temp* W/5 worker* |
| temps |
| "Terra Cielo" |
| text* |
| tier W/2 (two OR 2 OR II) |
| TPT |
| transfer* |
| trash* |
| "U.S. Attorney" |
| UAW OR union OR labor |
| UBS |
| "United States Attorney" |
| ups |
| "US Attorney" |
| USPS |
| Vaduz |
| VEBA |
| Vegas |
| Virdell |
| VP W/5 Bank |
| western |
| Whats W/2 App |
| Williams OR Dennis OR DW |

| |
|---|
| wir* |
| "World Class Manufacturing" OR wcm |
| alphonsiacobelli693@hotmail.com |
| alpharettaqualls306@hotmail.com |
| theiacobellis@wowway.com |
| alphonsiacobelli369@gmx.com |
| alphonsiacobelli5726@ecoutlook.com |
| alphonsiacobelli826@ecoutlook.com |
| al.iacobelli@hotmail.com |
| ajdinosmanovic@gmail.com |
| al@chryslerllc.com |
| izzles@aol.com |
| alpharettaqualls30g@hotmail.com |
| lamierus@gmail.com |
| employlilett@hotmail.com |
| alphonsiacobelli4186@hotmail.com |
| alphonsiacobelli682@hotmail.com |
| alphonsiacobelli8262@ecoutlook.com |
| boris0los@hotmail.com |
| iacobelli48753@ecoutlook.com |
| aai1@att.net |
| ALPHONSIACOBELLI6212@mail.com |
| ALPHONSIACOBELLI6@gmail.com |
| ALPHONZSIACOBELLISA@mail.com |
| al.iacobelli@wowway.com |
| aai@chrysler.com |
| al.iacobelli@gm.com |