# EXHIBIT 15

BUTZEL
ATTORNEYS AND COUNSELORS

Donald B. Miller
*General Counsel*
(313) 225-7020
miller@butzel.com

150 West Jefferson Suite 100
Detroit, Michigan 48226
P: (313) 225-7000
F: (313) 225-7080
**BUTZEL.COM**

July 7, 2022

**VIA E-MAIL**

Jeffrey K. Lamb, Esquire
Honigman LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506

Re: GM's Subpoena to Butzel Long

Dear Jeff:

I have received your letter dated July 6, 2022. While I do not feel that Butzel Long is under any obligation to reply to your letter, I will do so in the spirit of cooperation. I must indicate at the outset that we resent the insinuation in your letter that Butzel Long returned documents to the U. S. Attorney's Office, via Butzel's letter of December 21, 2021, that otherwise could have been produced by Al Iacobelli and his attorney, Michael Nedelman, in response to GM's November 10, 2021 subpoena to Iacobelli in the civil action in federal court in New Jersey. Contrary to the assertion in your letter, GM was not deprived of any information to which it would have been entitled. The few documents returned by Butzel to the U. S. Attorney's Office on December 21, 2021 were covered by Judge O'Meara's Protective Orders in the criminal case, as stated in the December 21, 2021 letter, and could not have been provided by Butzel Long to Michael Nedelman for production to GM. You have most likely obtained copies of the Protective Orders by now.

In response to question number 1 in your letter, Butzel Long does not know what specific documents were returned to the government with the cover letter of December 21, 2021. It would have defeated the purpose of needing to return the documents to the government, as required by the Protective Order, for Butzel Long to have retained copies of the documents that were sent. Nor did Butzel Long make a record of the documents that were returned that day. I suppose that GM could issue a subpoena to the DOJ in pursuit of this question.

In response to question number 2, to the best of Butzel Long attorneys' recollection, all Form 302's were returned by Butzel Long to the U. S. Attorney's Office with Butzel's cover letter dated September 21, 2021. The letter refers to witness statements. Again, as discussed above, Butzel did not keep copies or a record of the materials returned on September 21, 2021, which would have defeated the purpose of returning the documents to the government. Upon

hearing that GM had issued a Subpoena to Butzel Long seeking discovery of 302's, David Gardey of the U. S. Attorney's Office sent the attached e-mail dated June 21, 2022 to Butzel Long's David DuMouchel reminding him that such reports of interviews are subject to Protective Order and may not be produced. Butzel Long had already returned the 302's to the government, long before that reminder.

In response to question 3, Butzel Long did search for documents with respect to the November 10, 2021 subpoena to Iacobelli. It was during that process that a few additional documents were noticed that had to be returned by Butzel Long to the government in furtherance of the Protective Orders.

I trust that this sufficiently responds to your inquiries.

Sincerely,

Donald B. Miller

DBM/dp
attachment