UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

General Motors LLC,

                Plaintiff(s),

v.                                             Case No. 2:22–mc–50034–GCS–DRG
                                                   Hon. George Caram Steeh

Joseph Ashton,

                Defendant(s),

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that the following motion(s) are referred to U.S. Magistrate Judge David R. Grand for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

       Motion – #31

                                      s/George Caram Steeh
                                      George Caram Steeh
                                      United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                      s/B Sauve
                                      Case Manager

Dated:  July 12, 2022